Donald **ANDERSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 49721.**

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 26, 1985.

Motion for Rehearing and/or Transfer Denied Jan. 7, 1986.

Kathryn Shubik, St. Louis, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

Direct appeal from the denial of post-conviction relief pursuant to Rule 27.26.

Judgment affirmed. Rule 84.16(b).